IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>MARK P. NIELSON,<br><br>           Defendant. | **8:22CR187**<br><br>**ORDER** |

**THIS MATTER** is before the court on the motion of Julie B. Hansen to withdraw as counsel for the defendant, Mark P. Nielson (Filing No. 30). Jason M. Finch has filed an entry of appearance as retained counsel for Mark P. Nielson. Therefore, Julie B. Hansen's motion to withdraw (Filing No. 30) will be granted.

Julie B. Hansen shall forthwith provide Jason M. Finch any discovery materials provided to the defendant by the government and any such other materials obtained by Julie B. Hansen which are material to Mark P. Nielson's defense.

The clerk shall provide a copy of this order to Jason M. Finch.

**IT IS SO ORDERED.**

Dated this 22nd day of February, 2023.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge