IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:22CR187 |
| vs. | ORDER |
| MARK P. NIELSON, | |
| Defendant. | |

On April 24, 2023 the court held a hearing on the motion of Attorney Jason M. Finch to withdraw as counsel for the defendant, Mark P. Nielson. (Filing No. 40). Jason M. Finch represented that he has a professional conflict of interest. After inquiry of the Defendant and his counsel the court granted Jason M. Finch's motion to withdraw (Filing No. 40). The court further inquired as to Defendant's financial status. The court found that Defendant was indigent and re-appointed the Federal Public Defender to represent Defendant.

Julie B. Hansen, of the Federal Public Defender's office is re-appointed to represent Mark P. Nielson for the balance of these proceedings. Jason M. Finch shall forthwith provide Julie B. Hansen with the discovery materials provided the defendant by the government and such other materials obtained by Jason M. Finch which are material to Mark P. Nielson's defense.

The clerk shall provide a copy of this order to Julie B. Hansen.

**IT IS SO ORDERED.**

Dated this 24th day of April, 2023.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge