IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MARK P. NIELSON,<br><br>    Defendant. | 8:22CR187<br><br>FINAL ORDER<br>OF FORFEITURE |

   This matter is before the Court on the government's Motion for Final Order of Forfeiture (Filing No. 74). The Court has carefully reviewed the record in this case and finds as follows:

   1. On August 28, 2023, the Court entered a Preliminary Order of Forfeiture (Filing No. 63) forfeiting defendant Mark P. Nielsen's interest in $1,914 in United States currency seized on or about July 17, 2022, from a blue 2002 Dodge Stratus with Nebraska license plates YAT104, located near 3435 S. 42nd Street, Omaha, Nebraska

   2. A Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on September 7, 2023, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. A Declaration of Publication (Filing No. 70) was filed in this case on December 4, 2023.

   3. The government has advised the Court that no petitions have been filed. A review of the record supports that assertion.

   4. The government's Motion for Final Order of Forfeiture should be granted.

   In light of the foregoing,

IT IS ORDERED:

1. The government's Motion for Final Order of Forfeiture (Filing No. 74) is granted.
2. All right, title and interest in and to the $1,914 seized on July 17, 2022, from a blue 2002 Dodge Stratus with Nebraska license plates YAT104, located near 3425 S. 42nd Street, Omaha, Nebraska, held by any person or entity are forever barred and foreclosed.
3. The $1,914 in United States currency is forfeited to the government.
4. The government is directed to dispose of that currency in accordance with law.

Dated this 5th day of December 2023.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge